UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMON VICENTE GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:07-cr-00083-RCJ-RJJ<br><br>**ORDER** |

　　IT IS ORDERED that the Court shall include defendant's request and make the recommendation for BOP designation of Stafford or Federal Correctional Institution Phoenix in the Judgment of Conviction yet to be entered. Judgment of Conviction will be entered forthcoming.

　　DATED this _ 21st _ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE