RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ramon Vicente Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON VICENTE GONZALEZ,<br><br>Defendant. | Case No. 2:07-cr-083-RCJ-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M.. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Vicente Gonzalez, that the Revocation Hearing currently scheduled on June 15, 2020 at 11:00 am, be vacated and continued to August 4, 2020 at 10:30 am.

    This Stipulation is entered into for the following reasons:

    1.    The parties are working towards a resolution regarding the alleged violations in the petition. As part of that resolution, the parties are monitoring Mr. Gonzalez's progress at the halfway house and his compliance with his treatment conditions. As such, the parties seek

to continue the hearing while Mr. Gonzalez remains subject to the current conditions of release, including residing at the halfway house.

2. Mr. Gonzalez is currently compliant with his conditions.

3. Mr. Gonzalez is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 26th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMON VICENTE GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:07-cr-083-RCJ-RJJ<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, June 15, 2020 at 11:00 a.m., be vacated and continued to Tuesday, August 4, 2020 at the hour of 10:30 a.m.

　　　DATED this 27th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3