# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

       Plaintiff,

   v.

Ramon Vicente Gonzalez,

       Defendant.

Case No. 2:07-cr-083-RCJ-RJJ

~~PROPOSED~~ ORDER

IT IS ORDERED that Mr. Gonzalez' pretrial release conditions shall be modified to remove the condition requiring him to maintain residence at the halfway house and pay for all associated costs (23 and 24).

IT IS FURTHER ORDERED that Mr. Gonzalez shall maintain residence at a residence that has been pre-approved by probation and that he may not move prior to obtaining permission from the probation.

DATED this 12th day of June 2020.

_____
UNITED STATES MAGISTRATE JUDGE