RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ramon Vicente Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-083-RCJ-RJJ |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| RAMON VICENTE GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M.. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Vicente Gonzalez, that the Revocation Hearing currently scheduled on August 4, 2020 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  Since the last requested continuance, probation has continued to monitor Mr. Gonzalez's progress. Mr. Gonzalez remains compliant and in continued treatment with drug testing. Mr. Gonzalez also remains in frequent contact with his probation officer.

2. The parties request that this hearing be continued to provide Mr. Gonzalez a continued opportunity to stay compliant. His ability to do so will impact the parties resolution in this case.

3. Mr. Gonzalez is not in custody and agrees with the need for the continuance.

4. The parties, including the probation officer, agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 24th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMON VICENTE GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:07-cr-083-RCJ-RJJ<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 4, 2020 at 10:30 a.m., be vacated and continued to _Tuesday, 11/17/2020 at 10:00 a.m. in Las Vegas Courtroom 4B.

　　　DATED this 27th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3