RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ramon Vicente Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON VICENTE GONZALEZ,<br><br>Defendant. | Case No. 2:07-cr-083-RCJ-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Vicente Gonzalez, that the Revocation Hearing currently scheduled on January 11, 2021 at 11:45 am, be vacated and continued to a date and time convenient to the Court, but no sooner than March 19, 2021.

This Stipulation is entered into for the following reasons:

1.  Since the last requested continuance, probation has continued to monitor Mr. Gonzalez's progress. Mr. Gonzalez remains compliant and in continued treatment with drug testing. Mr. Gonzalez also remains in frequent contact with his probation officer.

2. The parties request that this hearing be continued to provide Mr. Gonzalez a continued opportunity to stay compliant until he expires his term of supervised release on March 19, 2021. Assuming Mr. Gonzalez stays violation free, the parties will seek to dismiss the petition at the next hearing.

3. Mr. Gonzalez is not in custody and agrees with the need for the continuance.

4. The parties, including the probation officer, agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 19th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |   */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAMON VICENTE GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:07-cr-083-RCJ-RJJ<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 11, 2021 at 11:45 a.m., be vacated and continued to Monday, March 22, 2021 at the hour of 10:00 a.m..

　　　DATED this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE